DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3875
Facsimile:    (415) 554-3985
E-Mail:        christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SERGEANT R. ANDREW COX, and
OFFICER CARLA SPAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCINERNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. C 09-00430 JSW<br><br>**[PROPOSED] ORDER GRANTING ORDER ENLARGING TIME AND MODIFYING PRETRIAL AND TRIAL SCHEDULE**<br><br>Date Action Filed:    January 21, 2009<br>Trial Date:            July 9, 2010 |

On February 1, 2010, the defendants the City and County of San Francisco, Sergeant R. Andrew Cox, and Officer Carla Spain ("Defendants"), requested that this Court vacate the pretrial and trial schedule and modify the scheduling order in this case.

The reason Defendants offer for this request is that their attorney will be away on leave from February 15, 2010 through May 8, 2010.

For good cause shown, the Court hereby GRANTS Defendants' motion, vacates all pretrial and trial dates in this case, and sets the following pretrial and trial schedule:

Close of fact discovery:            February 15, 2010

Expert disclosures and reports due:    May 25, 2010

[PROPOSED] ORDER RE SCHEDULING            1                n:\cxlit\li2009\100014\00607465.doc
NO. CV-09-00430 JSW

1 | Rebuttal Expert disclosures and reports due: June 8, 2010
2 | Close of Expert discovery: June 22, 2010
3 | Case management statement due: June 4, 2010
4 | Further Case Management Conference: June 11, 2010 at 1:30 p.m.
5 | Last day for hearing on dispositive motions: July ~~9,~~ 2, 2010 at 9:00 a.m.
6 | Pretrial Conference: September 20, 2010 at 2:00 p.m.
7 | Jury Trial: October 12, 2010 at 8:00 a.m. (3 day est.)
8 | IT IS SO ORDERED.

9 | Dated:_____        _____
                                    HON. JEFFREY S. WHITE
10 |                                 United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER RE SCHEDULING          2          n:\cxlit\li2009\100014\00607465.doc
NO. CV-09-00430 JSW