DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3875
Facsimile:      (415) 554-3985
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SERGEANT R. ANDREW COX, and
OFFICER CARLA SPAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCINERNEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. C 09-00430 JSW<br><br>[PROPOSED] ORDER GRANTING ORDER ENLARGING TIME AND MODIFYING EXPERT DISCOVERY DEADLINES<br><br>Date Action Filed:　January 21, 2009<br>Trial Date:　　　　October 12, 2010 |

On May 24, 2010, the defendants the City and County of San Francisco, Sergeant R. Andrew Cox, and Officer Carla Spain ("Defendants"), requested that this Court enlarge expert discovery deadlines in this case, setting them after the date for hearing on Defendants' summary judgment motion.

For good cause shown, the Court hereby GRANTS Defendants' motion and sets the following expert discovery deadlines:

Expert disclosures and reports due:　　　　July 16, 2010

Rebuttal Expert disclosures and reports due: July 30, 2010

Close of Expert discovery:　　　　　　　　August 13, 2010

1    IT IS SO ORDERED.

2    Dated: June 3, 2010                              _____
                                                      HON. JEFFREY S. WHITE
3                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28