**United States District Court**
For the Northern District of California

1

2                IN THE UNITED STATES DISTRICT COURT

3

4            FOR THE NORTHERN DISTRICT OF CALIFORNIA

5   JOSEPH MCINERNEY,                    No.  C 09-00430 JSW

6            Plaintiff,                  **ORDER SETTING BRIEFING
                                         SCHEDULE AND CONTINUING**
7    v.                                  **HEARING DATE ON MOTION
                                         FOR SANCTIONS AND SETTING**
8   CITY & COUNTY OF SAN FRANCISCO, et   **HEARING DATE AND BRIEFING
    al.,                                 SCHEDULE ON MOTION TO**
9                                        **ALTER OR AMEND JUDGMENT**
             Defendants.
10

11   _____/

12        On August 3, 2010, Plaintiff Joseph McInerney filed a Motion for Sanctions, which is

13   noticed for hearing on September 24, 2010.  On August 17, 2010, McInerney filed a Motion to

14   Alter or Amend Judgment, and did not notice that motion for a specific hearing date.

15        It is HEREBY ORDERED that Defendants' opposition briefs to these motions shall be

16   filed by no later than September 10, 2010.  Plaintiffs' reply briefs shall be filed by no later than

17   September 24, 2010.   The hearing on the motion for sanctions is CONTINUED from

18   September 24, 2010 to October 8, 2010, at 9:00 a.m., and the hearing on the motion to alter or

19   amend judgment shall be heard on that date as well.  If either party wishes to modify this

20   schedule, they may submit for the Court's consideration an administrative motion or a

21   stipulation and proposed order demonstrating good cause for any modification requested.

22        **IT IS SO ORDERED.**

23   Dated:  August 23, 2010          _____

24                                    JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

**United States District Court**
For the Northern District of California

1      UNITED STATES DISTRICT COURT

2           FOR THE

3      NORTHERN DISTRICT OF CALIFORNIA

4

5
JOSEPH MCINERNEY,

6                                           Case Number: CV09-00430 JSW
                    Plaintiff,
7                                           **CERTIFICATE OF SERVICE**

8      v.

9      SF CITY & COUNTY et al,

10                  Defendant.
                                    /

11
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
12     District Court, Northern District of California.

13     That on August 23, 2010, I SERVED a true and correct copy(ies) of the attached, by
       placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
14     listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
       inter-office delivery receptacle located in the Clerk's office.

15

16

17     Joseph McInerney
       60 North Third Street #301
18     San Jose, CA 95112

19     Dated: August 23, 2010
                                           *Jennifer Ottolini*
20                                         Richard W. Wieking, Clerk
                                           By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28

                            2